**DISMISS and Opinion Filed May 19, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00318-CV**

**CARL DORVIL, Appellant**
**V.**
**CHARLES MASON, KATHLEEN MASON, AGILE CONNECTIONS, LLC,**
**AND CHRISTOPHER SAHLIYEH, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07426**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Partida-Kipness

Following an interlocutory order denying his motion for summary judgment, appellant filed a Motion for Interlocutory Appeal and Stay Pending Appeal asking the trial court to grant permission to appeal the order. Because it appeared this document was mistakenly forwarded to this Court as a notice of appeal, we notified appellant by letter dated April 11, 2023, that we would dismiss the appeal unless he provided, within ten days, cause why the appeal should not be dismissed. To date, appellant has not responded. Accordingly, we dismiss the appeal for want

of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), (c).



230318f.p05

/Robbie Partida-Kipness//
ROBBIE PARTIDA-KIPNESS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARL DORVIL, Appellant

No. 05-23-00318-CV　　V.

CHARLES MASON, KATHLEEN MASON, AGILE CONNECTIONS, LLC, AND CHRISTOPHER SAHLIYEH, Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-07426. Opinion delivered by Justice Partida-Kipness. Justices Reichek and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellees CHARLES MASON, KATHLEEN MASON, AGILE CONNECTIONS, LLC, AND CHRISTOPHER SAHLIYEH recover their costs of this appeal from appellant CARL DORVIL.

Judgment entered this 19th day of May, 2023.